IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MALAIKA WILLIAMS,

        *Plaintiff,*

    v.

GOLDMAN SACHS BANK USA, SALT
LAKE CITY BRANCH and JPMORGAN
CHASE BANK, N.A.,

        *Defendants.*

CIVIL ACTION
NO. 26-1368

## ORDER

**AND NOW**, this 27th day of May, 2026, upon consideration of Plaintiff's First Amended Complaint, (Dkt. No. 6), Chase's Motion to Dismiss, (Dkt. No. 17), Plaintiff's Motion for Leave to File Second Amended Complaint, (Dkt. No. 25), the Proposed Second Amended Complaint, (Dkt. No. 25-1), Chase's Response in Opposition, (Dkt. No. 27), and Plaintiff's Reply, (Dkt. No. 28), it is hereby **ORDERED** as follows:

1. Plaintiff's Motion for Leave to File Second Amended Complaint, (Dkt. No. 25), is **GRANTED**. The Proposed Second Amended Complaint, (Dkt. No. 25-1), is deemed filed as of today.

2. Defendant's Motion to Dismiss, (Dkt. No. 17), is **DENIED as moot**.

3. The Court construes Defendant's Response in Opposition, (Dkt. No. 27), as a renewed motion to dismiss the Second Amended Complaint, (Dkt. No. 25-1), which is **GRANTED**.

4. All claims against Chase are **DISMISSED with prejudice**.

BY THE COURT:

*/s/ Gerald J. Pappert*
Gerald J. Pappert, J.