**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| MALAIKA WILLIAMS,<br>*Plaintiff*,<br>v.<br>GOLDMAN SACHS BANK USA, et al.,<br>*Defendants*. | CIVIL ACTION<br>NO. 26-1368 |

# ORDER

**AND NOW**, this 14th day of October, 2026, upon consideration of Goldman's Motion to Compel Arbitration, (Dkt. No. 32), Williams' Response in Opposition, (Dkt. No. 33), Goldman's Reply, (Dkt. No. 36), and Williams' Reply, (Dkt. No. 39), it is hereby **ORDERED** that the Motion is **GRANTED** and this action is **STAYED**.

BY THE COURT:

***/s/ Gerald J. Pappert***
Gerald J. Pappert, J.